UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-158-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| ANTHONY DILLARD | |

This matter having come before the Court by joint motion of the Office of the Federal Public Defender and the United States Attorney's Office to set sentencing at the time of arraignment for the Defendant, and for good cause shown, it is hereby ORDERED that the arraignment and sentencing hearing shall be scheduled for __December 16__, 2014. *

IT IS SO ORDERED.

This __25th__ day of __November__, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge

*Arraignment will be held on December 16, 2014 at 1:30 p.m. before Magistrate Judge Robert B. Jones, Jr. in the New Bern Hearing Room. Sentencing will immediately follow conclusion of the arraignment at 2:00 p.m., or as soon thereafter as possible, before District Judge Louise W. Flanagan in the New Bern Courtroom.